BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| FRANK FONTANA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Acting Commissioner of <br> Social Security, <br><br> Defendant. | CIVIL NO. 1:10-CV-00932 DLB <br><br> STIPULATION AND ORDER TO EXTEND TIME |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 32 days to respond to Plaintiff's Confidential Letter Brief up to and including January 10, 2011. This extension is necessary because the undersigned attorney for the Commissioner needs additional time to discuss the case with her client

///

///

///

///

///

before adequately responding to Plaintiff's Confidential Letter Brief.

                                                Respectfully submitted,

Dated: December 9, 2010         */s/Sengthiene Bosavanh*
                                         SENGTHIENE BOSAVANH
                                         (as authorized via telephone 12/9/10)
                                         Attorney at Law

                                         Attorney for Plaintiff

Dated: December 9, 2010         BENJAMIN B. WAGNER
                                       United States Attorney
                                         LUCILLE GONZALES MEIS
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

                         By:
                                         */s/ Elizabeth Firer*
                                         ELIZABETH FIRER
                                         Special Assistant U.S. Attorney

                                         Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

    **Dated:**  **December 10, 2010**                **/s/ Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE