1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA

                           FRESNO DIVISION

| | |
|---|---|
| FRANK FONTANA, ) | |
| ) | CIVIL NO. 1:10-CV-00932 DLB |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND PROPOSED ORDER |
| ) | OF VOLUNTARY REMAND AND |
| MICHAEL J. ASTRUE, ) | DISMISSAL OF CASE, WITH DIRECTIONS |
| Commissioner of ) | TO CLERK TO ENTER JUDGMENT |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Upon remand, the claimant should be given the opportunity to participate in another hearing. If, for any reason, the Administrative Law Judge (ALJ) conducting the hearing cannot issue or sign the decision, the hearing office must comply with HALLEX I-2-8-40, which sets forth the applicable procedures for such a situation.

The ALJ must consider Plaintiff's obesity in light of the record as a whole, including alleged symptoms that could reasonably be related to extreme obesity such as, but not limited to, fatigue or depression.  The ALJ must consider all the medical opinions and, if he does not accept them, he must

explain why. The ALJ must also consider Plaintiff's subjective statements including those about his activities of daily living and, if he does not find the claimant to be credible, he must provide valid reasons based on a thorough account of the record.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: February 1, 2011

*/s/Sengthiene Bosavanh*
(As authorized via telephone and fax)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: February 1, 2011

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:   **February 1, 2011**              **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE